UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA www.flsb.uscourts.gov

In re:  
Sylvia Lee-Jackson

Case No: 19-17564-JKO

Chapter 13

_____Debtor_____/

### MOTION TO RECONSIDER ORDER DENYING MOTION TO REOPEN CLOSED CASE AND MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CHAPTER 13 FILING AND CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 9013-1(E)

Debtor, Sylvia Lee-Jackson, by and through undersigned counsel, hereby moves the court to Reconsider and re-open this matter and to further vacate the Order Dismissing Case dated November 13, 2019 and reinstate the debtor's Chapter 13 Bankruptcy and states:

1. This Chapter 13 matter was filed on June 6th 2019.

2. The debtor had filed a 4th Amended Chapter 13 Plan prior to dismissal of this matter for non-payment of the November payment due under the Third Amended Plan. On November 13, 2019 the Order granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan was filed.

3. The failure to file the requested $1,481.56 was a result of financial hardship that occurred as a result an injury requiring the debtor to incur unexpected medical expenses and two (2) weeks off from her employment without full compensation.

4. A Motion to Reinstate Case was filed on 11/23/2019 (D/E 49) and the hearing took place on 1/6/2020 (D/E 50).

5. During the discussion with the Trustee she asked whether undersigned counsel had the total amount of $10,356.08, to which he replied that he only had $4,440.00.

6. Currently there is $5,916.08 in Trustee Weiner's account and $4,440.00 in undersigned counsel's trust account which is the total of $10,356.08 that the Trustee stated. Due to inadvertence or mistake it was not understood that the $10,356.08 included the amount already on hand with the Trustee. Therefore, the total required funds were available at the hearing date and the Motion to Reinstate may have been granted.

7. Pursuant to Local Rule 9013-1(E), undersigned counsel hereby certifies that the debtor has tendered to undersigned counsel all funds required to be paid under the debtor's plan to bring the plan current as of the date of this Motion and that said funds are in undersigned counsel's trust account.

8. This motion is brought in good faith and not for purposes of delay.

**WHEREFORE,** the Debtor requests Reconsider and re-open this matter and to further vacate the Order Dismissing Case dated November 13, 2019 and reinstate the debtor's Chapter 13 Bankruptcy.

## **CERTIFICATION**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications in this court set forth in Local Rule 2090-1(A).

By:   /s/ MARTIN L. HANNAN
Martin L. Hannan
FBN: 449415
MARTIN HANNAN, P.A.
9370 S.W. 72nd St., Suite A-266
Miami, FL 33173
Tel #: 786-501-8838 Fax #: 786-322-5451
Email: info@martinhannanpa.com

## CERTIFICATE OF SERVICE
19-17564-JKO

**I HEREBY CERTIFY** that on this 10th day of January, 2020, a true and correct copy of the foregoing ORDER DENYING MOTION TO REOPEN CLOSED CASE AND MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CHAPTER 13 FILING was served electronically with the Clerk of the Court by using the CM/ECF where available to all parties who are currently on the list to receive notice/ service for this case.

By:    /s/ MARTIN L. HANNAN
       Martin L. Hannan